FILED
JANUARY 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHDERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| STEPS TO SUCCESS, INC. | ) | |
| Plaintiff | ) ) ) | Case No. _____ |
| v. | ) ) ) | **08 C 90** |
| KUMON NORTH AMERICA, INC., | ) ) | |
| Defendant. | ) ) | **JUDGE DARRAH**<br>**MAGISTRATE JUDGE MASON** |

## NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

Defendant Kumon North America, Inc., hereby provides notice, pursuant to 28 U.S.C. §§ 1441, 1446(a), and 1367, that it has removed to this Court an action pending in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, Case No. 07-CH-37426, entitled *Steps to Success, Inc. v. Kumon North America, Inc.* (the "State Court Action"). A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Cook County, Illinois, County Department, Chancery Division in order to effect removal pursuant to 28 U.S.C. § 1446(b). Pursuant to 28 U.S.C. § 1446(d), the State Court Action shall proceed no further unless and until this case is remanded. The following is a short and plain statement of the grounds for removal:

### Introduction and Background

1. On or about December 18, 2007, plaintiff filed its Complaint for Equitable and Other Relief ("Complaint") in the Circuit Court of Cook County, Illinois.

2.     To date, the Complaint has not been served on defendant and it was filed less than 30 days ago; therefore, this Notice of Removal is timely.

3.     In the Complaint, plaintiff asserts claims for preliminary and permanent injunctive relief, breach of the Illinois Franchise Disclosure Act and breach of contract. Attached as Exhibit "A" is a true and correct copy of the Complaint in the State Court Action.

4.     Plaintiff alleges it has paid defendant over $750,000 in royalties throughout the last fifteen years. (Ex. A, p. 2).

5.     In the Complaint, plaintiff seeks injunctive and monetary relief, including but not limited to rescission of the franchise agreement and return of "all fees and royalties Plaintiff has paid Kumon for the last 15 years." (Ex. A, pp. 9, 10).

### Grounds For Removal

6.     Jurisdiction over this action exists under 28 U.S.C. §§ 1332 and 1367.

7.     Plaintiff is an Illinois corporation with its principal place of business in the State of Illinois. (Ex. A, p. 1, 2).

8.     Defendant Kumon North America, Inc. is not an Illinois corporation. (Ex. A, ¶ p.2). Rather, it is a Delaware corporation and its principal place of business is in Teaneck, New Jersey. (Ex. A, p. 2).

9.     The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. The Complaint seeks damages in excess of $750,000 (seven hundred and fifty thousand dollars).

10.    The Court can exercise supplemental jurisdiction over any remaining claim in the Complaint pursuant to 28 U.S.C. § 1367.

11.     Defendant has not been served with the Complaint; however, on January 4, 2008, counsel for defendant was provided with a copy of a Notice of Motion and Motion which are attached hereto as Exhibit B pursuant to 28 U.S.C. § 1446(a).

WHEREFORE, Defendant Kumon North America, Inc. requests the removal of the original action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated:  January 4, 2008                              Respectfully submitted,

**KUMON NORTH AMERICA, INC.**

By:     s/ Andrew P. Bleiman
         One of its Attorneys

Fredric A. Cohen (ARDC No. 6198606)
Andrew P. Bleiman (ARDC No. 6255640)
**CHENG COHEN LLC**
1101 W. Fulton Market, Suite 200
Chicago, Illinois 60607
P (312) 243-1701
F (312) 277-3961