**UNITED STATES DISTRICT COURT FOR THE
NORTHDERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| STEPS TO SUCCESS, INC.<br><br>         Plaintiff<br><br>         v.<br><br>KUMON NORTH AMERICA, INC.,<br><br>         Defendant. | )<br>)<br>)   Case No. 08 C 90<br>)<br>)   Judge Darrah<br>)<br>)   Magistrate Judge Mason<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

    PLEASE TAKE NOTICE THAT on **January 10, 2008**, we filed a true and correct copy of Exhibit A to the previously filed Notice of Removal via ECF filing.

| | |
|---|---|
| Dated: January 10, 2008 | Respectfully submitted,<br><br>**KUMON NORTH AMERICA, INC.**<br><br>By: s/ Andrew P. Bleiman<br>         One of its Attorneys |

Fredric A. Cohen (IL ARDC# 6198606)
Andrew P. Bleiman (IL ARDC# 6255640)
**CHENG COHEN LLC**
1101 West Fulton Market
Suite 200
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com