## UNITED STATES DISTRICT COURT FOR THE
## NORTHDERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| STEPS TO SUCCESS, INC.,                 ) | |
| ) | Case No. 08 C 90 |
| Plaintiff                              ) | |
| ) | Judge Darrah |
| v.                                     ) | |
| ) | Magistrate Judge Mason |
| KUMON NORTH AMERICA, INC.,              ) | |
| ) | |
| Defendant.                             ) | |

### PROOF OF SERVICE

PLEASE TAKE NOTICE that on the 7th day of January, 2008, the undersigned served a true and correct copy of its Notice of Removal via U.S. First Class Mail, postage prepaid, and via electronic mail to:

Carmen Caruso
Seth Rosenberg
Schwartz Cooper Chtd.
180 North LaSalle Street
Suite 2700
Chicago, Illinois 60601
CCaruso@schwartzcooper.com
srosenberg@schwartzcooper.com

Dated:  January 10, 2008                                Respectfully submitted,

**KUMON NORTH AMERICA, INC.**

By:         s/ Andrew P. Bleiman
                    One of its Attorneys

Fredric A. Cohen (ARDC No. 6198606)
Andrew P. Bleiman (ARDC No. 6255640)
**CHENG COHEN LLC**
1101 W. Fulton Market, Suite 200
Chicago, Illinois 60607
P (312) 243-1701
F (312) 277-3961