U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

STEPS TO SUCCESS, INC.
    Plaintiff,
      v.
KUMON NORTH AMERICA, INC.
RON CONRAN and MINO TANABE

Case Number: 08-C-90

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Steps to Success, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Seth M. Rosenberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Seth M. Rosenberg | |
| FIRM <br> Schwartz Cooper Chartered | |
| STREET ADDRESS <br> 180 N. LaSalle Street, Suite 2700 | |
| CITY/STATE/ZIP <br> Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 31395 | TELEPHONE NUMBER <br> (312) 346-1300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |