UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPS TO SUCCESS, INC. | |
| Plaintiff, | Case No: 08-C-90 |
| v. | Judge John W. Darrah |
| KUMON NORTH AMERICA, INC. RON CONRAN and MINO TANABE | |
| Defendants. | |

## NOTICE OF EMERGENCY MOTION

To: Fredric A. Cohen
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL 60607

PLEASE TAKE NOTICE that at 10:00 a.m. on Monday, January 14, 2008, we shall appear before the Honorable John W. Darrah, or any other Judge sitting in his stead, in Room 1288 of the United States District Court, 219 S. Dearborn Street, Chicago, Illinois 60602, and present Plaintiff's Emergency Motion for Leave to File First Amended Complaint and for Remand, a copy of which is attached hereto and hereby served on you.

Dated: January 11, 2008

*s/ Carmen D. Caruso*
Carmen D. Caruso
Seth M. Rosenberg
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 346-1300
(312) 782-8416 (fax)
Attorney for Steps to Success, Inc.

## CERTIFICATE OF SERVICE

Carmen D. Caruso, counsel for Steps to Success, Inc, states that on January 11, 2008, a copy of the foregoing Notice and the Motion referred to were served electronically on all counsel of record herein.

*s/ Carmen D. Caruso*

464959.1 054523-41195