# EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| **STEPS TO SUCCESS, INC.,** ) | |
| ) | |
| Plaintiff, ) | No. 07 CH 37426 |
| ) | |
| v. ) | Judge Mary Anne Mason |
| ) | |
| **KUMON NORTH AMERICA, INC.,** ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Steps To Success, Inc. ("Plaintiff") hereby moves for immediate injunctive relief to protect its business while this case is pending. Defendant Kumon North America, Inc. ("Kumon") seeks to terminate, without good cause and without providing any opportunity to cure, the Plaintiff's franchise agreement for its Kumon learning center in Hoffman Estates, Illinois.

A temporary restraining order and preliminary injunction in this case is absolutely and immediately necessary, as a matter of equity, to protect Plaintiff's business interests, to prevent irreparable harm and to maintain the status quo pending a decision on the merits of the case. In the absence of the requested injunctive relief, Plaintiff would be irreparably and severely harmed, while any harm to Kumon from the requested relief would be negligible in comparison. Moreover, the public interest, in particular the interest of the Plaintiff's young students, would be best served by entry of the requested relief and the Plaintiff's continued operation of its learning center.

As further grounds for its Motion, Plaintiff relies on the Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and the Affidavit of Pallavi Shah, filed herewith.

WHEREFORE, Plaintiff requests that this Court enter an order which:

1. Prevents Kumon from terminating or closing the Plaintiff's Learning Center on January 31, 2008, as threatened;

2. Prevents Kumon from communicating with or encouraging any additional parents to move their children to a competing Kumon learning center location;

3. Prevents Kumon from selling the new franchise, or opening the new competing location, which is designed to take Plaintiff's business;

4. Permits Plaintiff to deposit its royalties in escrow pending a decision on the merits in this case;

5. Requires Kumon to re-list the Plaintiff's teaching location on its website and to otherwise provide the benefits and services that it offers its other franchisees; and

6. Grants such other and further relief as the Court deems appropriate.

## REQUEST FOR EVIDENTIARY HEARING

If the court requires additional evidence before granting the requested injunctive relief, Plaintiff requests the scheduling of an evidentiary hearing as soon as possible.

STEPS TO SUCCESS, INC.

By: _____
One of its attorneys

Carmen D. Caruso
SCHWARTZ COOPER CHARTERED
180 North LaSalle Street, Suite 2700
Chicago, IL 60601
312-346-1300

Rory A. Valas
VALAS AND ASSOCIATES, P.C.
250 Summer Street
Boston, MA 02210
617-399-2200
(Motion For Admission *Pro Hac Vice* to be filed)