UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPS TO SUCCESS, INC., | ) | C.A. No. 08-C-90 |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN W. DARRAH |
| v. | ) | |
| | ) | MAGISTRATE JUDGE MASON |
| KUMON NORTH AMERICA, INC., | ) | |
| Defendant. | ) | |

## WITHDRAWAL OF PLEADINGS AND MOTION FILED BY LOCAL COUNSEL

Carmen D. Caruso and Schwartz Cooper Chartered hereby withdraw the pleadings and motion to remand that have been filed in Mr. Caruso's name on behalf of Plaintiff, Steps To Success, Inc.

This withdrawal is being made in response to a Rule 11 threat received by Mr. Caruso today from the attorney for Kumon America, Inc., who has demanded this withdrawal.

Mr. Caruso informs the Court that his appearance is as "local counsel" only and that he filed these pleadings and motion as an accommodation to attorney Rory Valas of Boston, Massachusetts. Mr. Caruso has informed Mr. Valas of this development and understands that Mr. Valas will be re-filing in his own name.  This is not an admission of any kind that the Rule 11 threat has any merit.

465153.1 054523-41195

Dated:  January 11, 2008

STEPS TO SUCCESS, INC.,
By its attorneys,


Carmen D. Caruso
Seth M. Rosenberg
SCHWARTZ COOPER CHARTERED
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
(312) 346-1300
(U.S.D.C., N.D.Ill. Bar No. 6189462)
(LOCAL COUNSEL ONLY)

Rory A. Valas
VALAS AND ASSOCIATES, P.C.
250 Summer Street
Boston, MA 02210
Telephone: (617) 399-2200
(U.S.D.C., N.D.Ill. Bar No. 90785292)

- 2 -

465153.1 054523-41195