UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| STEPS TO SUCCESS, INC., | ) | |
| | ) | C.A. No. 08-C-90 |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN W. DARRAH |
| v. | ) | |
| | ) | MAGISTRATE JUDGE MASON |
| KUMON NORTH AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S EMERGENCY MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT AND FOR REMAND

Plaintiff, Steps To Success, Inc., pursuant to Fed. Civ. P. 15(a)(1) and 28 USCS § 1447(e), hereby moves for an order permitting it to file the attached First Amended Complaint herein naming two non-diverse parties as defendants. This case was recently removed by Defendants from the Circuit Court of Cook County Illinois at a time when Plaintiff's motion for leave to amend its state court complaint to add the two non-diverse defendants was pending.

Plaintiff's motion to amend the state court complaint was filed to add the claims against the non-diverse parties immediately after Plaintiff received from Defendant Kumon North America and analyzed information relating to alleged grounds for Plaintiff's termination.

In the event the Court grants Plaintiff leave to file the proposed amended complaint Plaintiff requests that the Court remand the case back to the state court.

Plaintiff has filed this Motion on an emergency basis because Plaintiff had already filed

465043.1 054523-41195

in the state court, but was unable to have heard, a Motion for Temporary Restraining Order and Preliminary Injunction seeking immediate protection from the ongoing efforts by Defendants to transition customers away from Plaintiff and to otherwise move forward with execution of the termination of the franchise scheduled for January 31 , 2008.

In support of its Motion, Plaintiff relies on the Memorandum of Law filed herewith. As stated in the Memorandum of Law, the claims against the additional defendants have merit and are bought pursuant to the Illinois Franchise Disclosure Act, 815 ILCS 705/26.

WHEREFORE, Plaintiff requests that this court enter an Order:

1. granting Plaintiff leave to fie its Amended Complaint;

2. remanding the case back to the Chancery Division of the Circuit Court of Cook County Illinois; and

3. granting such other and further relief as the court deems appropriate.

Dated: January 11 , 2008

    Respectfully submitted
    STEPS TO SUCCESS, INC.

    /s/ Rory A. Valas
    Rory A. Valas
    VALAS AND ASSOCIATES, P.C.
    250 Summer Street
    Boston, MA 02210
    Telephone: (617) 399-2200
    (U.S.D.C., N.D.Ill. Bar No. 90785292)

    Carmen D. Caruso
    Seth M. Rosenberg
    Schwartz Cooper Chartered
    180 N. LaSalle Street, Suite 2700
    Chicago, Ilinois 60601
    (312) 346- 1300
    (312) 782-8416 (fax)

CERTIFICATE OF SERVICE

Rory Valas, counsel for Steps to Success, Inc, states that on January 11 , 2008 , a copy of the foregoing Notice and the Motion referred to were served electronically on all counsel of record herein.

/s/ Rory A. Valas