UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPS TO SUCCESS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KUMON NORTH AMERICA, INC., ) <br> ) <br> Defendant. ) | C.A. No. 08-C-90 <br><br> JUDGE JOHN W. DARRAH <br><br> MAGISTRATE JUDGE MASON |

NOTICE OF EMERGENCY MOTION

To:　Fredric A. Cohen
　　　Cheng Cohen LLC
　　　1101 W. Fulton Market, Suite 200
　　　Chicago, IL 60607

　　　PLEASE TAKE NOTICE that at 10:00 a.m. on Monday, January 14, 2008, we shall appear before the Honorable John W. Darrah, or any other Judge sitting in his stead, in Room 1288 of the United States District Court, 219 S. Dearborn Street, Chicago, Illinois 60602, and present Plaintiff's Emergency Motion for Leave to File First Amended Complaint and for Remand, a copy of which is attached hereto and hereby served on you.

Dated: January 11 , 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Rory A. Valas
　　　　　　　　　　　　　　　　　　　　　　　　　　Rory A. Valas
　　　　　　　　　　　　　　　　　　　　　　　　　　VALAS AND ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (617) 399-2200
　　　　　　　　　　　　　　　　　　　　　　　　　　(U.S.D.C., N.D.Ill. Bar No. 90785292)

>Carmen D. Caruso
>Seth M. Rosenberg
>Schwartz Cooper Chartered
>180 N. LaSalle Street, Suite 2700
>Chicago, Ilinois 60601
>(312) 346- 1300
>(312) 782-8416 (fax)
>Attorneys for Steps to Success, Inc.

## CERTIFICATE OF SERVICE

Rory Valas, counsel for Steps to Success, Inc, states that on January 11 , 2008 , a copy of the foregoing Notice and the Motion referred to were served electronically on all counsel of record herein.

>/s/ Rory A. Valas

- 2 -