**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Steps to Success, Inc.
                  Plaintiff,

v.                                         Case No.: 1:08−cv−00090
                                                     Honorable John W. Darrah

Kumon North America, Inc.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 14, 2008:

      MINUTE entry before Judge John W. Darrah :Plaintiff's emergency motion for leave to file a first amended complaint and to remand this case [10] is granted. The Court will stay this order until 1/22/08. Status hearing set for 1/22/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.