# United States District Court
# Northern District of Illinois

In the Matter of

STEPS TO SUCCESS, INC.

v.

KUMON NORTH AMERICA, INC.

Case No. 08 C 90

Designated Magistrate Judge
Michael T. Mason

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **John W. Darrah** to be related to **07 C 7254** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Charles R. Norgle

Dated: January 18, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Charles R. Norgle**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JAN 1 8 2008

Finding of Relatedness (Rev. 9/99)